NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| LEROY DANIELSON, SILICONE DISTRIBUTORS, INC. d/b/a ROOFTOPS, and TRADEMARK ENTERPRISES, LLC d/b/a LISA'S PAINT SHOP, on behalf of themselves and all others similarly situated, | Civ. No. 15-00045 |
| Plaintiffs, | **ORDER** |
| v. | |
| TROPICAL SHIPPING AND CONSTRUCTION CO., LTD., VI CARGO SERVICES, LLC, and SALTCHUK RESOURCES, INC., | |
| Defendants. | |

THOMPSON, U.S.D.J.[1]

For the reasons stated in this Court's Opinion on this same day,

IT IS, on this 15th day of February, 2017,

ORDERED that Defendant Saltchuk Resources, Inc.'s Motion to Dismiss (ECF No. 18), is GRANTED; and it is further

ORDERED that the Plaintiffs' claims against Defendant Saltchuk Resources, Inc. are DISMISSED; and it is further

ORDERED that Defendants' Tropical Shipping and Construction Co., Ltd., and VI Cargo Services, LLC Motion to Dismiss or Transfer (ECF No. 16) is GRANTED; and it is further

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

ORDERED that the Clerk of the Court shall transfer the within matter to the United

States District Court for the Southern District of Florida.


                                             */s/ Anne E. Thompson*

                                        ANNE E. THOMPSON, U.S.D.J.